9182/RHD
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP
61 Broadway, Suite 3000
New York, New York 10006-2802
(212)344-7042

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sunwoo Merchant Marine Co. Ltd.<br><br>Plaintiff,<br><br>- against -<br><br>Namjeon International Co. Ltd.<br><br>Defendant. | 08 Civ. 6794 (HB)<br><br>**DECLARATION   PURSUANT**<br>**LOCAL  ADMIRALTY  RULE**<br>**B.1** |

1.      I am an attorney at law admitted to practice before this Court and I am a member of the firm of Cichanowicz Callan Keane Vengrow & Textor, LLP, attorneys for plaintiff in the within matter.

2.      I make this declaration on personal knowledge in support of plaintiff's application for issuance of process of maritime attachment and garnishment pursuant to Supplemental Admiralty Rule B(1) with respect to defendant.

3.      To my knowledge, and on information and belief, defendant cannot be found within this district.

(a)      On July 28, 2008, I caused a search to be made of the records of the New York Secretary of State and found that no corporation with defendant's name is incorporated in or registered to do business in New York State.

(b)      On July 28, 2008, I caused an inquiry to be made with Verizon Nationwide 411 to determine if any business by defendant's name is listed in its business

directory for the area codes encompassing the counties which comprise the Southern District of New York: Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester, and Verizon advised that it has no such.

      (c)     Also on July 28, 2008, I caused searches to be conducted on the internet's Google search engine for and could find no information about such a company being located in New York State or having a person or party in this state or this district authorized to receive service of process on its behalf.

     4.     As a result of the foregoing, I certify that I have made a diligent search to ascertain the name and address of a person or party upon whom process could be served in this district for defendant, but can find no such person or party.

     5.     This is plaintiff's first request for this relief made to this court with respect to defendant.

     WHEREFORE, plaintiff asks that process of maritime attachment and garnishment issue, as requested, against defendant's tangible or intangible personal property in this district in the hands of garnishees to be named in the process.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York on July 30, 2008.

Randolph H. Donatelli